UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 29 AM 10:40

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Antonio MALDONADO-Palacios,** Defendant(s) | Magistrate Case No. '08 MJ 0615 COMPLAINT FOR VIOLATION OF: Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **February 27, 2008,** within the Southern District of California, defendant **Antonio MALDONADO-Palacios** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eliseo JACOBO-Lopez, Jaime ZUNIGA-Gonzalez,** and **Antonio MARTINEZ-Leon** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **February 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Antonio MALDONADO-Palacios**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Eliseo JACOBO-Lopez, Jaime ZUNIGA-Gonzalez**, and **Antonio MARTINEZ-Leon** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 27, 2008, at approximately 11:30 a.m., Border Patrol Agent A. Juares observed a group of individuals load into a Gray Mercury Villager Minivan on the shoulder of the eastbound lanes of Interstate 8, just east of State Route 79. In addition, after the loading took place, the minivan turned around in the median and traveled back westbound from Pine Valley, California. Agent Juares contacted Agent Dinise, via agency radio, and relayed his observations. Agent Dinise began surveillance at the Interstate 8 westbound on-ramp at Lake Jennings Road for the Gray Minivan. Shortly after having begun surveillance, Agent Dinise spotted a vehicle matching Agent Juares' description. Agent Dinise began following the Gray Minivan at a distance and contacted Agent Kessinger, via service radio, with the location of the Minivan.

Agent Kessinger began surveillance of the aforementioned vehicle at the Interstate 8 on-ramp at Greenfield Road in El Cajon, California. Agents Kessinger, Dinise and Ortiz maintained surveillance of the minivan as it continued west on Interstate 8. Agent Dinise contacted Border Patrol Agent E. Blas of the minivan's location. Agent Blas was operating in plain clothes and driving an unmarked service vehicle. Agent Blas was able to make a visual identification of the driver, later identified as defendant Antonio MALDONADO-Palacios, before the Gray Minivan exited at the Interstate 8 off-ramp at Mission Gorge Road in San Diego, California. Agent Blas described the defendant, via service radio, as a heavier set Hispanic male with a mustache, who was wearing a cream colored sweater and a baseball style cap. Agents maintained surveillance of the vehicle as it traveled east on Mission Gorge road before the occupants bailed out at the Mission Gorge Trolley Station.

Agents pursued the fleeing subjects while identifying themselves as U.S. Border Patrol Agents and displaying their service issued badges. Agents were ultimately able to apprehend seven subjects. When the seven subjects were questioned as to their citizenship they all admitted to not being in possession of proper immigration documentation that would enable them to enter or remain in the United States legally. Agent Blas again positively identified the defendant as being the driver of the Gray Minivan. At 12:30 PM, all seven individuals including the defendant were arrested and transported to the El Cajon Border Patrol Station for processing.

CONTINUATION OF COMPLAINT:
Antonio MALDONADO-Palacios

**DEFENDANT STATEMENT:**

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen of the United States. The defendant stated he was offered $300.00 to pick up a van in San Ysidro, California and bring it to a location east of Highway 79 on Interstate 8. The defendant claimed that he couldn't find someone to pick him up and he didn't want to walk back. He then decided to pick up the illegal aliens and drive them.

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Eliseo JACOBO-Lopez, Jaime ZUNIGA-Gonzalez,** and **Antonio MARTINEZ-Leon** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they were to pay a fee to be smuggled into the United States.