UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Antonio Maldonado-Palacios

Defendant(s)

CRIMINAL NO. 08CR747-JLS

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08133198

On order of the United States District/Magistrate Judge, NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jaime Zuniga-Gonzalez

DATED: 3-13-08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by S. Perrault

Deputy Clerk

RECEIVED
2008 MAR 13 A 8:21

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082